IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| VIRGINIA ELECTRIC AND POWER COMPANY d/b/a DOMINION ENERGY VIRGINIA,<br><br>Plaintiff,<br>v.<br><br>WOOD ENVIRONMENT & INFRASTRUCTURE, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:20-cv-806<br>)<br>)<br>)<br>)<br>) |

## ORDER

Having considered the Joint Motion for Extension of Time (ECF No. 19), and the parties advising they wish to proceed with the settlement conference using a mediator, and requesting an extension of time to conduct the mediation, it is hereby ORDERED that the Joint Motion for Extension of Time (ECF No. 19) is granted. It is further ORDERED that the parties shall conduct the mediation, pursuant to the requirements set forth in the Court's January 11, 2021 Scheduling Order, no later than May 4, 2021.

It is further ORDERED that the Joint Motion for Extension of Time (ECF No. 12) is denied as moot.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: February 3, 2021